# UNITED STATES DISTRICT COURT
for the

Southern District of California

FILED

FEB 2 3 2018

CLERK, U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

United States of America )
v. )
ERNESTO PIMENTEL, SR. (1) )
) Case No: 92CR0144-GPC
) USM No: 31209198

Date of Original Judgment: 12/10/1992 )
Date of Previous Amended Judgment: 03/10/1993 ) James Fife, Federal Defenders, of San Diego, Inc.
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   108 months   months **is reduced to**   98 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   12/10/1992   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   02/13/2018

_____
*Judge's signature*

Effective Date:   02/22/2018

Honorable Gonzalo P. Curiel, U.S. District Judge
*(if different from order date)*   *Printed name and title*